
## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
              Plaintiff

vs.

SANDRA JAZMIN AVALOS-TOVAR (1)
              Defendant

CASE NO. 16CR2809-CAB

JUDGMENT AND ORDER OF DISMISSAL
OF INFORMATION, EXONERATE BOND
AND RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with

prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 11/16/17

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge